UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PTC, INC., | ) | |
|     Plaintiff, | ) | |
| v. | ) | C. A. No. 1:13-CV-12579-DPW |
| | ) | |
| CENTRIC SOFTWARE, INC. | ) | |
| and SCOTT STARR, | ) | |
|     Defendants. | ) | |
| | ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT CENTRIC SOFTWARE, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Centric Software, Inc. ("Centric"), by and through its undersigned counsel, hereby certifies that Centric has no parent company or publicly held corporation that owns 10% or more of its stock.

                                                                           Respectfully submitted,

                                                                           /s/ Kelly A. Hoffman
                                                                           James B. Conroy (BBO No. 096315)
                                                                           jbc@dcglaw.com
                                                                           Kelly A. Hoffman (BBO No. 673409)
                                                                           kah@dcglaw.com
                                                                           Donnelly, Conroy & Gelhaar, LLP
                                                                           260 Franklin Street
                                                                           Boston, MA 02110
                                                                           (617) 720-2880

Dated: November 11, 2013

## CERTIFICATE OF SERVICE

I, Kelly A. Hoffman, hereby certify that on this 11th day of November, 2013, I caused the foregoing notice to be served on all counsel of record via ECF.

/s/ Kelly A. Hoffman
Kelly A. Hoffman