UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PTC, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Centric Software, Inc. and Scott Starr, <br><br> Defendants. | Civil Action No. 1:13-CV-12579-DPW |

## **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff PTC, Inc. ("PTC") respectfully moves this Court to preliminarily enjoin its former employee, Defendant Scott Starr, from violating the Non-Competition and Non-Solicitation Agreement ("Agreement"), and his new employer, Centric Software, Inc. ("Centric"), from interfering with the Agreement and with PTC's advantageous relations with existing and prospective customers and accounts, by an order in the form of the Proposed Order attached hereto as Exhibit 1.

In support of this Motion, PTC states that a preliminary injunction is necessary, as evidenced by the accompanying memorandum of law and the attached affidavits, to protect PTC from further damage to its goodwill and misuse of its confidential and proprietary information by Mr. Starr and Centric.

Respectfully submitted,

/s/ Timothy P. Van Dyck
Timothy P. Van Dyck (BBO #548347)
Robert G. Young (BBO #650541)
Nathanael J. C. Nichols (BBO #685680)
Kevin Kam (BBO #685846)
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA  02199-7613
617.239.0100
tvandyck@edwardswildman.com
ryoung@edwardswildman.com
nnichols@edwardswildman.com
kkam@edwardswildman.com

November 20, 2013

## CERTIFICATE OF SERVICE

I, Kevin Kam, hereby certify, pursuant to Local Rule 5.2(b), that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 20th day of November, 2013.

/s/ Kevin Kam

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for PTC, Inc. conferred with counsel for the Defendant Centric Software, Inc. by telephone on November 20, 2013 in a good faith effort to resolve or narrow the issues presented by Plaintiff's Motion for Preliminary Injunction, but the parties were unsuccessful.

/s/ Kevin Kam