UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PTC, INC., <br>     Plaintiff, <br> v. <br><br> CENTRIC SOFTWARE, INC. <br> and SCOTT STARR, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:13-CV-12579-DPW |

**DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

    Defendants Centric Software, Inc. and Scott Starr respectfully move this Court for an extension of time – until December 16, 2013 – to file their respective oppositions to Plaintiff PTC, Inc.'s Motion for Preliminary Injunction.  As grounds for this motion, Defendants state that counsel for the parties are working together cooperatively to address the issues informally, including working out an expedited discovery and hearing schedule to be presented to the Court at the status conference set for December 3, 2013.

    Counsel for Defendants have consulted with counsel for PTC, Inc., who have assented to the relief sought in this motion.

    WHEREFORE, Defendants respectfully request that the Court allow them up to and including December 16, 2013 to file their opposition briefs with the Court.

2

Respectfully submitted,

| | |
|---|---|
| CENTRIC SOFTWARE, INC., | SCOTT STARR |
| By its attorneys, | By his attorneys, |
| /s/ Kelly A. Hoffman | /s/ Brian Lipkin |
| James B. Conroy (BBO No. 096315) | Michael L. Chinitz (BBO# 552915) |
| jbc@dcglaw.com | mlc@rose-law.net |
| Kelly A. Hoffman (BBO No. 673409) | Brian Lipkin (BBO# 673850) |
| kah@dcglaw.com | bdl@rose-law.net |
| Donnelly, Conroy & Gelhaar, LLP | Rose, Chinitz & Rose |
| 260 Franklin Street | One Beacon Street, Fourth Floor |
| Boston, MA 02110 | Boston, MA 02108 |
| (617) 720-2880 | (617) 536-0040 |

Dated:  November 26, 2013

**CERTIFICATE OF SERVICE**

    I, Kelly A. Hoffman, hereby certify that on this 26th day of November, 2013, I caused the foregoing notice to be served on all counsel of record via ECF.

                                    /s/ Kelly A. Hoffman
                                    Kelly A. Hoffman