UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PTC Inc., <br><br> Plaintiff, <br><br> v. <br><br> Centric Software, Inc. and Scott Starr, <br><br> Defendants. | Civil Action No.  1:13-CV-12579-DPW |

**STIPULATED ORDER PENDING RULING ON PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

1. It is hereby ORDERED that, during the pendency of Plaintiff's motion for preliminary injunction:

    a. With respect to the sale of PLM products, Mr. Starr shall not solicit, manage, direct, guide, encourage, provide any assistance to, or advise any other person concerning the solicitation of the entities on Exhibit A, which is held by counsel for the parties (and shall remain attorneys-eyes only except that Mr. Starr, Centric's VP of Finance & Administration (Alice Gerbel), and PTC may review Exhibit A for purposes of compliance).  While Mr. Starr shall be permitted to solicit Fast Retailing with regard to PLM products, in the course of any communications with Fast Retailing, Mr. Starr shall not (and shall not cause any other person to or otherwise provide any information to assist another person to):

        i. Make any comparison between products or services offered by Centric Software, Inc. ("Centric") and those offered by PTC Inc. ("PTC");

        ii. Make any comparison between Centric's personnel and PTC's personnel;

-2-

        iii.       Critique PTC or its products or services;

        iv.       Refer to PTC in any manner.

If Mr. Starr is asked to say anything about PTC, he shall respond that, since he formerly worked at PTC, it would not be appropriate for him to comment. If anyone associated with Fast Retailing asks Mr. Starr any questions about PTC or its personnel, products, or services, Mr. Starr may refer such questions to others at Centric.

    b.    Other than in the course of this litigation, Centric Software Inc. ("Centric") and Mr. Starr shall not disclose or use any documents or information concerning PTC that are not in the public domain.

    c.    Other than in the course of this litigation, PTC shall not use or disclose any documents or information concerning Centric that are not in the public domain.

    d.    PTC and Centric will instruct their respective sales personnel (and any other personnel who make statements to third parties about the other party), to make no factual representations to third parties about the other, or the other's products or services, that are false or defamatory.

2.    Neither Exhibit A nor the parties' compliance with the terms of this Order shall be deemed an admission or evidence of wrongdoing by any party.

It is so ordered this 12th day of December, 2013.

/s/ Douglas P. Woodlock
Douglas P. Woodlock,
United States District Court