UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PTC Inc.,<br><br>    Plaintiff,<br><br> v.<br><br>Centric Software, Inc.  and Scott Starr,<br><br>    Defendants. | Civil Action No. 1:13-CV-12579-DPW |

**Stipulation of Dismissal With Prejudice**

Pursuant to Fed. R. Civ. P. 41, plaintiff PTC Inc. and defendants Centric Software, Inc. and Scott Starr hereby stipulate and agree that all claims asserted in this action by PTC, and all counterclaims that were, or could have been asserted, by Centric and Starr in this action shall be dismissed with prejudice and without costs to any party, each party waiving all rights to appeal, provided that all parties agree that Paragraph 1(a) of the Stipulated Order Pending Ruling on Plaintiff's Motion for Preliminary Injunction shall remain in effect according to its terms through June 30, 2014 and Paragraph 1(d) shall remain in effect according to its terms through March 1, 2015, and the Court shall retain jurisdiction over the parties with regard to such matters.

|  |  |
|---|---|
|  | Respectfully submitted, |
| PTC INC.<br>By its attorneys, | CENTRIC SOFTWARE, INC.<br>By its attorneys, |
| /s/ Timothy P. Van Dyck<br>Timothy P. Van Dyck (BBO #548347)<br>Robert G. Young (BBO #650541)<br>Nathanael J. C. Nichols (BBO #685680)<br>Kevin Kam (BBO #685846)<br>EDWARDS WILDMAN PALMER LLP<br>111 Huntington Avenue<br>Boston, MA  02199-7613<br>(617) 239-0100<br>tvandyck@edwardswildman.com<br>ryoung@edwardswildman.com<br>nnichols@edwardswildman.com<br>kkam@edwardswildman.com | /s/ James B. Conroy<br>James B. Conroy (BBO #096315)<br>Kelly A. Hoffman (BBO #673409)<br>DONNELLY, CONROY & GELHAAR, LLP<br>260 Franklin Street<br>Boston, MA 02110<br>(617) 720-2880<br>jbc@dcglaw.com<br>kah@dcglaw.com |
|  | SCOTT STARR<br>By his attorneys, |
|  | /s/ Michael L. Chinitz<br>Michael L. Chinitz (BBO #552915)<br>Brian D. Lipkin (BBO #673850)<br>ROSE, CHINITZ & ROSE<br>One Beacon Street, 23rd Floor<br>Boston, MA  02108<br>(617) 536-0040<br>mlc@rose-law.net<br>bdl@rose-law.net |

Dated: April 9, 2014

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 9, 2014.

 /s/  Robert G. Young